NUMBER 13-03-514-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


MARITZA QUINTANILLA, Appellant,


v.



ABEL QUINTANILLA, Appellee.

___________________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION
 


Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam


 Appellant, MARITZA QUINTANILLA, perfected an appeal from a judgment entered
by the 93rd District Court of Hidalgo County, Texas, in cause number C-3614-99-B. The
notice of appeal was filed on September 5, 2003. On September 12, 2003, appellant was
advised that the notice of appeal did not comply with Tex. R. App. P. 25.1(e). To date,
appellant has failed to file an amended notice of appeal. Pursuant to Tex. Gov't Code
§51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing
of an appeal. To date, appellant has failed to pay the filing fee. 

 On September 12, 2003 and on November 20, 2003, pursuant to Tex. R. App. P.
42.3(c), notice was given to appellant that this appeal was subject to dismissal for failure to
comply with the rules. To date, appellant has failed to respond to this Court's notices. On
February 25, 2004, appellee filed a motion to dismiss the appeal for lack of prosecution. 

 The Court, having considered the documents on file, appellant's failure to comply
with the rules, and appellee's motion to dismiss the appeal, is of the opinion that the appeal
should be dismissed. Appellee's motion to dismiss the appeal is GRANTED, and the appeal
is hereby DISMISSED.

 PER CURIAM

Opinion delivered and filed this

the 11th day of March, 2004.